**LARGE SCALE BIOLOGY CORPORATION, Plaintiff–Appellee,**

v.

**PRODIGENE, INC., Defendant–Appellant.**

No. 05–1259.

United States Court of Appeals, Federal Circuit.

Sept. 8, 2005.

*ORDER*

Upon consideration of Prodigene, Inc's unopposed motion to voluntarily dismiss its appeal from *Large Scale Biology Corp. v. Prodigene, Inc.*, 04–CV–2069 (N.D.Cal),

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.